ELLIOT ENOKI  1528
Acting United States Attorney
District of Hawaii

HARRY YEE  3790
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:     (808) 541-2850
Facsimile:     (808) 541-3752
Email:     Harry.Yee@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRCIT OF HAWAII

| | |
|---|---|
| SANDRA TOMA, | ) CIVIL NO. 17-00199 |
| | ) |
| Plaintiff, | ) (Civil No. 16-1-1947-10, |
| | ) District Court of the First |
| v. | ) Circuit, Honolulu Division, |
| | ) State of Hawaii) |
| LANDEN DELA CRUZ, | ) |
| | ) NOTICE OF REMOVAL OF CIVIL |
| Defendant. | ) ACTION; EXHIBIT "A"; |
| | ) CERTIFICATION OF ELLIOT ENOKI; |
| | ) CERTIFICATE OF SERVICE |
| | ) |

NOTICE OF REMOVAL OF CIVIL ACTION

Comes now, Defendant Landen Dela Cruz, by and through his undersigned attorneys, Elliot Enoki, the Acting United States Attorney for the District of Hawaii and Assistant United States Attorney Harry Yee, and sets forth the following facts on their behalf:

1. On October 18, 2016, a Complaint; Summons was filed by Plaintiff Sandra Toma, against Defendant Landen Dela Cruz, in the District Court of the First Circuit, Honolulu Division, State of Hawaii. This District Court action is numbered Civil No. 16-1-1947-10.

2. A copy of the Complaint; Summons relating to the District Court action regarding said Defendant Landen Dela Cruz was provided to the United States Attorney on or about May 1, 2017. A copy of the Complaint; Summons are attached hereto as Exhibit "A".

3. In the Complaint, plaintiff seeks damages arising out of the July 26, 2016 automobile accident, involving a pedestrian, plaintiff Sandra Toma and a vehicle operated by defendant Landen Dela Cruz on Waialae Avenue and Huna Kai Streets in Honolulu, Hawaii.

4. This notice of removal is filed pursuant to 28 U.S.C. § 1442(a)(1).

5. Defendant Landen Dela Cruz is a Staff Sargent in the Hawaii Army National Guard in the Department of the Army and upon removal of this matter to the United States District Court, the United States of America will substitute the United States of America as the defendant in place of Landen Dela Cruz.

6. As noted in the attached declaration of Elliot Enoki, defendant Landen Dela Cruz was acting within the course

and scope of his duties as a Staff Sargent with the Department of the Army at the time of the above-referenced July 26, 2016 automobile accident.

      WHEREFORE, Defendant Landen Dela Cruz gives notice that the above-action now pending against him in the District Court of the First Circuit, Honolulu Division, State of Hawaii, is removed therefrom to this court.

      DATED:  May 3, 2017, at Honolulu, Hawaii.

                              ELLIOT ENOKI
                              Acting United States Attorney
                              District of Hawaii


                              By /s/ Harry Yee
                                 HARRY YEE
                                 Assistant U.S. Attorney

                              Attorneys for Defendant
                              LANDEN DELA CRUZ

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SANDRA TOMA, | ) CIVIL NO. 17-00199 |
| | ) |
| Plaintiff, | ) (Civil No. 16-1-1947-10, |
| | ) District Court of the First |
| v. | ) Circuit, Honolulu Division, |
| | ) State of Hawaii) |
| LANDEN DELA CRUZ, | ) |
| | ) CERTIFICATE OF SERVICE |
| Defendant. | ) |
| | ) |

CERTIFICATE OF SERVICE

      I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served at their last known address:

      By First Class Mail:

      Arnold Theilens Phillips, Esq.
      1188 Bishop Street, Suite 2907
      Honolulu, Hawaii 96813

      Attorney for Plaintiff

   DATED: May 3, 2017, at Honolulu, Hawaii.

                                    ELLIOT ENOKI
                                    Acting United States Attorney
                                    District of Hawaii

                                    By /s/ Harry Yee
                                       HARRY YEE
                                       Assistant U.S. Attorney

                                   Attorneys for Defendant
                                   LANDEN DELA CRUZ