# EXHIBIT A

Of Counsel:
LAW OFFICE OF ARNOLD THIELENS PHILLIPS II
Attorney at Law

ARNOLD THIELENS PHILLIPS #6640
1188 Bishop Street, Ste. 2907
Honolulu, Hawaii 96813
Telephone: (808) 781-1414 Facsimile: (888) 467-0555
Attorney for Plaintiff



FIRST CIRCUIT COURT
STATE OF HAWAII
FILED
2018 OCT 18 PM 12: 44
H. MIYATA
CLERK

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT
STATE OF HAWAII

| | |
|---|---|
| SANDRA TOMA | CIVIL NO. 16-1-1947-10 JHC |
| Plaintiff, | (MOTOR VEHICLE TORT) |
| vs. | |
| LANDEN DELLA CRUZ; JOHN 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10, | **COMPLAINT; INTERROGATORIES TO DEFENDANT LANDEN DELLA CRUZ; SUMMONS** |
| Defendants. | |

## COMPLAINT

Come now Plaintiff, SANDRA TOMA, by and through her attorney, ARNOLD T. PHILLIPS, and brings this complaint against Defendants above-named, and in doing so, allege and aver as follows:

EXHIBIT A

1. Plaintiff SANDRA TOMA (hereinafter referred to as Plaintiff), is and was at all relevant times herein a resident of the City and County of Honolulu, State of Hawaii.

2. Defendant LANDEN DELLA CRUZ (hereinafter referred to as Defendant), is and was at all relevant times herein a resident of the City and County of Honolulu, State of Hawaii.

3. Defendants JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, DOE NON-PROFIT ENTITIES 1-10, and DOE GOVERNMENTAL ENTITIES 1-10, (collectively referred to as "Doe Defendants") are persons, corporations, partnerships, business entities, non-profit entities, and/or governmental entities who acted in a negligent, wrongful or tortious manner which proximately caused or contributed to injuries and damages sustained by Plaintiff. Plaintiff have been unable to ascertain the names and identities of the above-named Doe Defendants from the investigation that has been conducted to date. Accordingly, Plaintiff have sued the unidentified Doe

4. Defendants herein under fictitious names pursuant to Rule 17(d) of the Hawaii Rules of Civil Procedure, and Plaintiff will substitute the true names, identities, capacities, acts and/or admissions of the Doe Defendants when the same are ascertained.

## COUNT I - NEGLIGENCE

5. On or about July 26, 2016, Defendant LANDEN DELLA CRUZ operated a motor vehicle in a negligent and careless manner so as to strike the Plaintiff in a collision while she was walking as a pedestrian on Waialae Avenue and Huna Kai Streets, severely injuring her. This collision occurred in the City and County of Honolulu, State of Hawaii.

6. As a direct and proximate result of the negligence of Defendant, Plaintiff sustained injuries to her neck, shoulders and back, arms, pelvis and legs, other parts of her body, suffered from a major depressive disorder and Post Traumatic Stress Disorder and was otherwise injured, has incurred medical and rehabilitative expenses, has suffered mental and emotional distress and has lost income and earning capacity, entitling Plaintiff to a judgment against Defendant.

7. Defendant's negligence is the legal cause of Plaintiff's injuries and damages.

## COUNT II – INTENTIONAL/NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

8. Plaintiffs realleges and incorporates by reference the allegations contained in paragraphs 1-7 of Counts I and II as though fully set forth herein.

9. Defendants' actions described above were committed with the intention of inflicting severe emotional distress upon Plaintiff and/or was done in reckless

and/or negligent disregard of the probability of causing Plaintiff severe emotional distress.

10. As direct and proximate result of said acts, Plaintiff was caused to incur serious, severe and grievous mental and emotional suffering, strain, anguish, stress and anxiety, entitling Plaintiff to a judgment against Defendants, jointly and severally.

11. Plaintiff has met all the requirements of Hawaii No-Fault Law, specifically Hawaii Revised Statutes Section 431-10C-306 (b) (1) (2) (3) (4), in bringing this suit.

12. Plaintiff contends that the amount of his damages as alleged in this complaint fall within the jurisdictional requirements of this Honorable Court and that all acts and omissions alleged herein occurred within the jurisdiction of this honorable court.

WHEREFORE, Plaintiff prays for judgment in their favor against Defendants, jointly and severally, as follows:

    1. General damages as shall be proven at trial;

    2. Special damages as shall be proven at trial;

    3. Property damages in an amount to be proven at trial;

    4. Attorney's fees and costs;

    5. Prejudgment and post-judgment interest; and

7. Such other and further relief as the Court deems just and proper under the circumstances.

DATED: Honolulu, Hawaii, October 8, 2016

_Sandra Toma_
SANDRA TOMA

_[signature]_
ARNOLD T. PHILLIPS II
Attorney for Plaintiff
1188 Bishop Street, Ste. 2907
Honolulu, Hawaii 96813