ELLIOT ENOKI  1528
Acting United States Attorney
District of Hawaii

HARRY YEE  3790
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:     (808) 541-2850
Facsimile:     (808) 541-3752
Email:    Harry.Yee@usdoj.gov

Attorneys for Defendant
LANDEN DELA CRUZ

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRCIT OF HAWAII

| | |
|---|---|
| SANDRA TOMA, | ) CIVIL NO. 17-00199 KJM |
|  | ) |
| Plaintiff, | ) (Civil No. 16-1-1947-10 JHC, |
|  | ) Circuit Court of the First |
| v. | ) Circuit, State of Hawaii) |
|  | ) |
| LANDEN DELA CRUZ, | ) AMENDED NOTICE OF REMOVAL OF |
|  | ) CIVIL ACTION; EXHIBIT "A"; |
| Defendant. | ) CERTIFICATION OF ELLIOT ENOKI; |
|  | ) CERTIFICATE OF SERVICE |
|  | ) |
|  | ) |

AMENDED NOTICE OF REMOVAL OF CIVIL ACTION

   Comes now, Defendant Landen Dela Cruz, by and through his undersigned attorneys, Elliot Enoki, the Acting United States Attorney for the District of Hawaii and Assistant United States Attorney Harry Yee, and sets forth the following facts on their behalf.  This Notice has been corrected to show that the

case is being removed from Circuit Court of the First Circuit, State of Hawaii, not from District Court of the First Circuit.

    1.    On October 18, 2016, a Complaint; Summons was filed by Plaintiff Sandra Toma, against Defendant Landen Dela Cruz, in the Circuit Court of the First Circuit, State of Hawaii.  This Circuit Court action is numbered Civil No. 16-1-1947-10 JHC.

    2.    A copy of the Complaint; Summons relating to the Circuit Court action regarding said Defendant Landen Dela Cruz was provided to the United States Attorney on or about May 1, 2017.  A copy of the Complaint; Summons are attached hereto as Exhibit "A".

    3.    In the Complaint, plaintiff seeks damages arising out of the July 26, 2016 automobile accident, involving a pedestrian, plaintiff Sandra Toma and a vehicle operated by defendant Landen Dela Cruz on Waialae Avenue and Hunakai Streets in Honolulu, Hawaii.

    4.    This notice of removal is filed pursuant to 28 U.S.C. § 1442(a)(1).

    5.    Defendant Landen Dela Cruz is a Staff Sargent in the Hawaii Army National Guard in the Department of the Army and upon removal of this matter to the United States District Court, the United States of America will substitute the United States of America as the defendant in place of Landen Dela Cruz.

6.  As noted in the attached declaration of Elliot Enoki, defendant Landen Dela Cruz was acting within the course and scope of his duties as a Staff Sargent with the Department of the Army at the time of the above-referenced July 26, 2016 automobile accident.

WHEREFORE, Defendant Landen Dela Cruz gives notice that the above-action now pending against him in the Circuit Court of the First Circuit, State of Hawaii, is removed therefrom to this court.

DATED:  May 4, 2017, at Honolulu, Hawaii.

ELLIOT ENOKI
Acting United States Attorney
District of Hawaii


By /s/ Thomas A. Helper for
   HARRY YEE
   Assistant U.S. Attorney

Attorneys for Defendant
LANDEN DELA CRUZ

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SANDRA TOMA, | ) CIVIL NO. 17-00199 KJM |
| | ) |
| Plaintiff, | ) (Civil No. 16-1-1947-10 JHC, |
| | ) Circuit Court of the First |
| v. | ) Circuit, State of Hawaii) |
| | ) |
| LANDEN DELA CRUZ, | ) CERTIFICATE OF SERVICE |
| | ) |
| Defendant. | ) |
| | ) |

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served at the last known address:

By First Class Mail:

Arnold Theilens Phillips, Esq.
1188 Bishop Street, Suite 2907
Honolulu, Hawaii 96813

Attorney for Plaintiff

DATED: May 4, 2017, at Honolulu, Hawaii.

/s/ Anne Apo
ANNE APO