ELLIOT ENOKI  1528
Acting United States Attorney
District of Hawaii

HARRY YEE  3790
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:     (808) 541-2850
Facsimile:     (808) 541-3752
Email:     Harry.Yee@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SANDRA TOMA, | ) CIVIL NO. 17-00199 KJM |
| | ) |
| Plaintiff, | ) APPLICATION BY DEFENDANT |
| | ) UNITED STATES OF AMERICA FOR |
| v. | ) WRIT OF CERTIORARI ORDERING |
| | ) THE CIRCUIT COURT RECORDS FROM |
| UNITED STATES OF AMERICA, | ) THE CIRCUIT COURT OF THE FIRST |
| | ) CIRCUIT, STATE OF HAWAII; |
| Defendant. | ) CERTIFICATE OF SERVICE |
| | ) |

APPLICATION BY DEFENDANT UNITED STATES OF AMERICA
FOR WRIT OF CERTIORARI ORDERING THE CIRCUIT COURT RECORDS
FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT, STATE OF HAWAII

Comes now Elliot Enoki, Acting United States Attorney for the District of Hawaii and Harry Yee, Assistant United States Attorney, and states that on May 4, 2017, this action was removed to this Court from the Circuit Court of the First Circuit, State of Hawaii.  The action was removed to this Court

by Defendant United States of America pursuant to the provisions of Title 28, United States Code, §§ 1441 and 2679.

Since pleadings have been filed with the Circuit Court of the First Circuit, prior to the date of removal to this Court, it is necessary to have the entire record of proceedings of this action in the District Court of the First Circuit, State of Hawaii, transmitted to this Court.

Accordingly, Defendant United States of America pray that an order be issued directing the Clerk of this Court to issue a Writ of Certiorari directed to the Clerk of the Circuit Court of the First Circuit, State of Hawaii, directing that official to certify and transmit the entire record of the proceedings in the Circuit Court of the First Circuit, State of Hawaii, entitled, <u>Sandra Toma v. Landen Dela Cruz</u>, Civil No. 16-1-1947-10 JHC, to

//
//
//
//
//
//
//
//
//

2

this Court and further to direct the Circuit Court of the First Circuit, State of Hawaii, to proceed no further in this cause.

DATED:  May 4, 2017, at Honolulu, Hawaii.

ELLIOT ENOKI
Acting United States Attorney
District of Hawaii


By /s/ Thomas A. Helper for
   HARRY YEE
   Assistant U.S. Attorney

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SANDRA TOMA, | ) CIVIL NO. 17-00199 KJM |
| | ) |
| Plaintiff, | ) (Civil No. 16-1-1947-10 JHC, |
| | ) Circuit Court of the First |
| v. | ) Circuit, State of Hawaii) |
| | ) |
| UNITED STATES OF AMERICA, | ) CERTIFICATE OF SERVICE |
| | ) |
| Defendant. | ) |
| | ) |

CERTIFICATE OF SERVICE

    I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served at the last known address:

    By First Class Mail:

    Arnold Theilens Phillips, Esq.
    1188 Bishop Street, Suite 2907
    Honolulu, Hawaii 96813

    Attorney for Plaintiff

    DATED:  May 4, 2017, at Honolulu, Hawaii.

    /s/ Anne Apo
    ANNE APO