```
ELLIOT ENOKI  1528
Acting United States Attorney
District of Hawaii

HARRY YEE  3790
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:     (808) 541-2850
Facsimile:     (808) 541-3752
Email:     Harry.Yee@usdoj.gov
```

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SANDRA TOMA, | ) CIVIL NO. 17-00199 KJM |
| | ) |
| Plaintiff, | ) (Civil No. 16-1-1947-10 JHC, |
| | ) Circuit Court of the First |
| v. | ) Circuit, State of Hawaii) |
| | ) |
| LANDEN DELA CRUZ, | ) |
| | ) SUBSTITUTION OF UNITED STATES |
| Defendant. | ) OF AMERICA FOR DEFENDANT |
| | ) LANDEN DELA CRUZ PURSUANT TO |
| | ) FRCP RULE 17(a)2; ORDER |
| | ) |

**SUBSTITUTION OF UNITED STATES OF AMERICA  FOR DEFENDANT LANDEN DELA CRUZ PURSUANT TO FRCP RULE 17(a)2**

Comes now the UNITED STATES OF AMERICA, by and through its attorneys Elliot Enoki, Acting United States Attorney and Harry Yee, Assistant United States Attorney, for the District of Hawaii, hereby request pursuant to Rule 17(a)2 of the Federal Rules of Civil Procedure and 28 U.S.C. 1346 for an order substituting the United States for Defendant LANDEN DELA CRUZ.

WHEREFORE, the United States prays that the court order that all further pleadings in this action shall identify the United States as the defendant.

DATED: June 26, 2017, at Honolulu, Hawaii.

ELLIOT ENOKI
Acting United States Attorney
District of Hawaii


By /s/ Harry Yee
   HARRY YEE
   Assistant U.S. Attorney

Attorneys for Defendant
UNITED STATES OF AMERICA

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawai'i June 28, 2017.



/S/ Kenneth J. Mansfield
Kenneth J. Mansfield
United States Magistrate Judge

Sandra Toma v. Landen Dela Cruz; Substitution of United States of America For Defendant Landen Dela Cruz Pursuant to FRCP Rule 17 (a)2; Order; Civil NO. 17-0199 KJM