ELLIOT ENOKI  1528
Acting United States Attorney
District of Hawaii

EDRIC M. CHING  6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:      (808) 541-2850
Facsimile:      (808) 541-3752
Email: Edric.Ching@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SANDRA TOMA, | CIVIL NO. 17-00199 KJM |
| Plaintiff, | STIPULATION OF DISMISSAL WITHOUT PREJUDICE; ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

STIPULATION OF DISMISSAL WITHOUT PREJUDICE

It is hereby stipulated by and between the parties above-named, by and through their respective counsel undersigned, pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, that the above entitled action as to defendant United States of America be dismissed without prejudice, each party to bear its own costs, expenses and fees.  There are no remaining claims or parties.

It is contemplated that this Stipulation may be executed in several counterparts, with a separate signature page for each party. All such counterparts and signature pages, together, shall be deemed to be one document.

DATED: November 20, 2017, at Honolulu, Hawaii.

ELLIOT ENOKI
Acting United States Attorney
District of Hawaii

By /s/ Edric M. Ching
EDRIC M. CHING
Assistant U.S. Attorney
Attorneys for Defendant
UNITED STATES OF AMERICA

By /s/ Arnold T. Phillips, II
ARNOLD T. PHILLIPS, II
Attorney for Plaintiff
SANDRA TOMA

Approved and so ORDERED.

Date: Honolulu, Hawaii, November 21, 2017.

Kenneth J. Mansfield
United States Magistrate Judge